

1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8            IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE TRACKING OF ) SW NO. 1:14 SW 0 0 1 1 0 GSA
                                    )
12 Vehicles: 2006 Land Rover        ) **UNDER SEAL**
   Utility Vehicle bearing          )
13 California License Plate 7AIY686 ) SEALING ORDER
                                    )
14                                  )
                                    )
15                                  )
                                    )
16 _____ )

17     The United States of America, having applied to this Court, for
18 an Order permitting it to file the tracking warrant, application, and
19 affidavit, in the above-entitled proceedings, together with its
20 Application to Seal, under seal, and good cause appearing thereon,
21     IT IS HEREBY ORDERED that the tracking warrant, application, and
22 affidavit in the above-entitled proceeding, together with the
23 Application To Seal, shall be filed with the Court under seal and
24 shall not be disclosed pending further order of this court.

25

26 DATED: 6/12/14                    _____
                                     U.S. MAGISTRATE JUDGE
27

28

                                    1