

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 1:14-SW-00110-GSA |
|---|---|
| 2006 Land Rover Utility Vehicle bearing California License Plate 7AIY686 | ORDER GRANTING GOVERNMENT'S APPLICATION FOR ORDER, *NUNC PRO TUNC*, FOR DELAY OF NOTIFICATION |

**(Under Seal)**

The United States having applied to this Court for an order, *nunc pro tunc*, authorizing delay of notification of a tracker warrant for the above-captioned vehicle, and good cause appearing thereof,

IT IS SO ORDERED, that pursuant to Rule 41(f)(3) of the Federal Rules of Criminal Procedure, the government may delay providing notification of the execution of the above-captioned warrant until **November 24, 2014**, which is 90 days from the original deadline to provide notification.

IT IS FURTHER ORDERED, that the present Application and Order, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

Dated: this __ day of ____ 2014

HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

Based upon a showing that the original delay notification papers had the wrong case number and that the original delay notification papers were timely filed/requested,

3

Application for Order, *Nunc Pro Tunc*